IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 12-00378-01-CR-W-GAF |
| ALBERTO MANUEL PIGGOTT, ) | |
| Defendant. ) | |

## ORDER

On September 25, 2014, defendant entered a plea of guilty to Counts One, Two, Three, Seven, Nine, and one count of criminal forfeiture of the Indictment before United States Magistrate Judge Robert E. Larsen. On September 27, 2014, Judge Larsen issued his Report and Recommendation (Doc. #135).

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The parties will be advised of the date of the sentencing hearing. SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 14, 2014